DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON DONALD ROBYOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1402

[September 10, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 50-2017-CF-008347-AXXX-MB.

Jason Robyor, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

We affirm the order denying Appellant's motion to enforce his plea agreement without prejudice to his filing a mandamus complaint against the Department of Corrections in the Circuit Court in Leon County, to the extent he has exhausted his administrative remedies. *See Fla. Dep't of Corr. v. Gould*, 344 So. 3d 496 (Fla. 1st DCA 2022), *rev. dismissed*, 396 So. 3d 561 (Fla. 2024); *Zopf v. Singletary*, 686 So. 2d 680 (Fla. 1st DCA 1996); *see also Leiffer v. State*, 867 So. 2d 538, 538 n.1 (Fla. 5th DCA 2004).

*Affirmed.*

KUNTZ, C.J., MAY and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***